1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   CCF VENTURES, LLC,                    No.  2:14-cv-0924 JAM AC

12                Plaintiff,

13        v.                               ORDER

14   BUTA SEKHON,

15                Defendant.

16

17        Defendant, proceeding pro se, removed the above-entitled action on April 15, 2014.  The

18   matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

19        On May 2, 2014, the magistrate judge filed findings and recommendations herein which

20   were served on all parties and which contained notice to all parties that any objections to the

21   findings and recommendations were to be filed within fourteen days.  Neither party has filed

22   objections to the findings and recommendations.

23        The court has reviewed the file and finds the findings and recommendations to be

24   supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

25   ORDERED that:

26        1.  The findings and recommendations filed May 2, 2014, are adopted in full;

27        2.  Plaintiff's motion for an order to remand, ECF No. 3, is granted;

28        3.  This action is remanded to the Sacramento County Superior Court for lack of subject

1

matter jurisdiction; and

    4.  Plaintiff's motion to shorten time, ECF No. 5, is denied as moot.

DATED:  May 28, 2014

                              /s/ John A. Mendez_____

                              UNITED STATES DISTRICT COURT JUDGE